1  John P. Costello. Esq. (CA State Bar No. 161511)
   Pamela W. Bertani, Esq. (CA State Bar No. 182672)
2  **COSTELLO LAW CORPORATION**
   331 J Street, Suite 200
3  Sacramento, CA 95814
   Telephone: (916) 441-2234
4  Facsimile:  (916) 441-4254

5  Glenn W. Peterson, Esq. (CA State Bar No. 126173)
   **MILLSTONE, PETERSON & WATTS, LLP**
6  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
7  Telephone: (916) 780-8222
   Facsimile:  (916) 780-8775
8
9  *Attorneys for Plaintiff Dustin K. Adler*

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>            Plaintiff,<br>    vs.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively,<br><br>            Defendants.<br>_____<br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively,<br>            Counterclaimants,<br>v.<br>DUSTIN K. ADLER, an individual,<br>            Counterdefendant. | Case No.  2:08-CV-01333-JAM-EFB<br><br>**ORDER TO CONTINUE HEARING DATE GRANTING PLAINTIFF'S MOTION PURSUANT TO RULE 16 TO MODIFY THE PRETRIAL SCHEDULING ORDER AND GRANT PLAINTIFF LEAVE TO AMEND THE COMPLAINT TO ADD AN ADDITIONAL DEFENDANT**<br><br>Date:      January 28, 2009<br>Time:     9:00 a.m.<br>Courtroom: 6<br><br>Honorable John A. Mendez |



[PROPOSED] ORDER TO CONTINUE HEARING DATE GRANTING PLAINTIFF'S MOTION PURSUANT TO RULE 16 TO MODIFY THE PRETRIAL SCHEDULING ORDER AND GRANT PLAINTIFF LEAVE TO AMEND THE COMPLAINT TO ADD AN ADDITIONAL DEFENDANT

PDF created with pdfFactory trial version www.pdffactory.com

Currently pending before the Court is Plaintiff's and Defendant's Joint Stipulation To Continue Hearing Date On Plaintiff's Motion Pursuant To Rule 16 To Modify The Pretrial Scheduling Order And Grant Plaintiff Leave To Amend The Complaint To Add An Additional Defendant ("Joint Stipulation"). The hearing date on Plaintiff's Motion is currently set for December 3, 2008.

Having considered the papers filed in support of the Joint Stipulation and for good cause shown, the Court hereby GRANTS the parties' request, pursuant to the Joint Stipulation, to continue the December 3, 2008 hearing date until January 28, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 24, 2008

/s/ John A. Mendez

United States District Court Judge

2

[PROPOSED] ORDER TO CONTINUE HEARING DATE GRANTING PLAINTIFF'S MOTION PURSUANT TO RULE 16 TO MODIFY THE PRETRIAL SCHEDULING ORDER AND GRANT PLAINTIFF LEAVE TO AMEND THE COMPLAINT TO ADD AN ADDITIONAL DEFENDANT

PDF created with pdfFactory trial version www.pdffactory.com