IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>RELYNET, INC., a California Corporation; MICHAEL DICARLO, an individual; and DOES 1 through 50, inclusively,<br><br>     Defendants. | Case No. 2:08-CV-01333-JAM-EFB<br><br>ORDER GRANTING PLAINTIFF'S MOTION PURSUANT TO RULE 16 TO MODIFY THE PRETRIAL SCHEDULING ORDER AND GRANT PLAINTIFF LEAVE TO AMEND THE COMPLAINT TO ADD ONE ADDITIONAL DEFENDANT |

RELYNET, INC., a California Corporation; MICHAEL DICARLO, an individual; and DOES 1 through 50, inclusively,

     Counterclaimants,

     v.

DUSTIN K. ADLER, an individual,

     Counterdefendant.

   Currently pending before the Court is Plaintiff's Motion Pursuant To Rule 16 To Modify The Pretrial Scheduling Order And Grant Plaintiff Leave To Amend The Complaint To Add One Additional Defendant.[1] (Docket #14) On February 4, 2009 this Court issued an Order granting Plaintiff leave to amend the Complaint to add VW Vortex and InterMedia Outdoors as Defendants. (Docket #26)  In the instant motion, Plaintiff seeks to add Internet Brands as an additional Defendant. This motion is not opposed.

   Having considered the papers filed in support of Plaintiff's Motion including Plaintiff's Application for Clarification and for good cause shown, Plaintiff's Motion Pursuant to Rule 16 To Modify The Pretrial Scheduling Order And Grant Plaintiff Leave To Amend The Complaint To Add One Additional Defendant is hereby GRANTED.

   IT IS SO ORDERED.

Dated:   February 5, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

2