IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1-50, inclusively,<br><br>      Defendants._____/<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>      Counterclaimants,<br><br>    v.<br><br>DUSTIN K. ADLER, an individual,<br><br>      Counterdefendant.<br>_____/ | No. Civ. 2:08-CV-01333 JAM EFB<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR RECONSIDERATION |

1

Currently pending before the Court is Plaintiff's Motion Pursuant To Federal Rule of Civil Procedure Rule 60(a) and (b) for Reconsideration of the Court's Order filed April 9, 2009 at Docket # 45 ("Order").  In the Order, the Court granted Defendants' Motion to Amend the Pretrial Order and Counterclaims.  Defendants filed their First Amended Counterclaim on April 10, 2009.

As Plaintiff concedes in his Reply Brief filed May 26, 2009 at Docket # 62, a motion to dismiss rather than a motion to reconsider is the correct forum to address the jurisdictional/abstention issues of Defendants' amended counterclaims.  Plaintiff filed a motion to dismiss that is scheduled for a hearing July 1, 2009.

Accordingly, it is hereby ordered that Plaintiff's Motion for Reconsideration is DENIED and Plaintiff's Motion to Dismiss will proceed as scheduled.


IT IS SO ORDERED.

Dated:  May 29, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE