Patrick A. Fraioli, Jr. (SBN 191824)
Lauren J. Katunich (SBN 227599)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Defendant Internet Brands, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,, | CASE NO. 2:08-CV-01333-JAM-EFB |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DATE TO EXCHANGE RULE 26(a)(2) EXPERT WITNESS DISCLOSURES/REPORTS; ORDER THEREON** |
| v. | |
| RELYNET, INC., a California corporation. MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware corporation, INTERMEDIA OUTDOORS, INC., a Delaware corporation. VORTEX MEDIA GROUP, INC., a Delaware corporation and DOES 1 through 50, inclusively,, | |
| Defendants. | |
| RELYNET, INC., a California corporation, MICHAEL DICARLO, an individual,, | |
| Counterclaimant, | |
| v. | |
| DUSTIN K. ADLER, an individual,, | |
| Counterdefendant. | |

IDOCS:13379.5:903913.1

**JOINT STIPULATION TO EXTEND DATE TO EXCHANGE RULE 26(a)(2) EXPERT WITNESS DISCLOSURES/REPORTS; [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS pursuant to the Court's Status (Pre-trial Scheduling) Order dated August 20,
2  2008, the parties' Rule 26(a)(2) expert disclosures/exchange of written reports must be exchanged
3  by on or before July 3, 2009;
4  WHEREAS since that time, on February 3, 2009, the Court allowed Plaintiff to file a First
5  Amended Complaint and to add Internet Brands, Inc. and Intermedia Outdoors, Inc. as defendants
6  in the action;
7  WHEREAS the Parties have conferred in good faith and determined that it is in the interest
8  of all parties to briefly extend the date for the exchange of Rule 26(a)(2) expert witness
9  disclosures/reports to on or before July 20, 2009.
10  IT IS HEREBY STIPULATED and AGREED THAT:
11  Good cause exists to briefly extend the period for Rule 26(a)(2) expert disclosures/reports
12  to on or before July 20, 2009, with all other dates in the August 20, 2008 Status (Pre-trial
13  scheduling) Order remaining unchanged by this Joint Stipulation.

14
15  DATED_____    _____
                                    Pamela W. Bertani, Esq.
16                                  COSTELLO LAW CORPORATION
17                                  Attorneys for Plaintiff and Counterdefendant
                                    Dustin K. Adler
18
19  DATED_____    _____
                                    Mark Leonard, Esq.
20                                  DAVIS & LEONARD LLP
                                    Attorneys for RelyNet, Inc. and Michael
21                                  DiCarlo
22
23  DATED_____    _____
                                    Daniel Quick, Esq.
24                                  DICKINSON WRIGHT PLLC
                                    Attorneys for Intermedia Outdoors, Inc.
25
26
27                          [SIGNATURES CONTINUED ON NEXT PAGE]
28

IDOCS:13379.5:903913.1                              2
**JOINT STIPULATION TO EXTEND DATE TO EXCHANGE RULE 26(a)(2) EXPERT WITNESS
DISCLOSURES/REPORTS; [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

DATED_____  _____
Lauren J. Katunich, Esq.
ERVIN COHEN & JESSUP, LLP
Attorneys for Defendant Internet Brands, Inc.

IT IS SO ORDERED.

DATED  July 2, 2009            /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

IDOCS:13379.5:903913.1                    3

**JOINT STIPULATION TO EXTEND DATE TO EXCHANGE RULE 26(a)(2) EXPERT WITNESS DISCLOSURES/REPORTS; [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com