1  STEPHEN L. DAVIS (State Bar No. 149817)
   MARK R. LEONARD (State Bar No. 219186)
2  DAVIS & LEONARD, LLP
   8880 Cal Center Drive, Suite 180
3  Sacramento, California 95826
   Telephone:  (916) 362-9000
4  Fax:  (916) 362-9066
   E-mail:  mleonard@davisandleonard.com
5

6  Attorneys for Defendants and Counterclaimants
   RelyNet, Inc. and Michael DiCarlo
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 DUSTIN K. ADLER, an individual            CASE NO. 2:08-CV-01333-JAM-EFB

13       Plaintiff,                          **JOINT STIPULATION TO MODIFY**
                                             **PRETRIAL SCHEDULING ORDER AND**
14    v.                                     **TO EXTEND DISCOVERY CUTOFF**
                                             **DATE FOR LIMITED PURPOSE TO**
15 RELYNET, INC. a California corporation and **SEPTEMBER 30, 2009**
   MICHAEL DICARLO, an individual,
16
         Defendants.
17

18
   RELYNET, INC. a California corporation and
19 MICHAEL DICARLO, an individual,

20       Counterclaimants,

21    v.

22 DUSTIN K. ADLER, an individual,

23       Counter-Defendant.

24

25       WHEREAS pursuant to the Court's Status (Pre-trial Scheduling) Order dated

26 August 20, 2008, the discovery cutoff in this case is September 4, 2009;

27       WHEREAS the parties tentatively have scheduled September 1, 2009 as the date

28 for the deposition of plaintiff Dustin Adler, to accommodate the schedules of counsel and

                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1    the witness;

2         WHEREAS the Parties desire to ensure that the deposition of plaintiff Dustin Adler

3    be completed, and to guard against the possibility that for any reason his deposition might

4    not be able to take place on September 1, or interrupted or not finished on that day;

5         WHEREAS the current discovery cutoff of September 4 would not leave enough

6    time after the current scheduled deposition date to reschedule the deposition or to have any

7    disputes concerning the deposition resolved by the magistrate;

8         WHEREAS the parties have conferred in good faith and believe and are agreed that

9    a limited extension of the discovery cutoff date is appropriate to ensure the completion of

10   this deposition and will not result in any other delay in this case, including any delay

11   relating to the trial or pretrial dates or the date for dispositive motions.

12

13

14        IT IS HEREBY STIPULATED and AGREED THAT:

15

16        1.    Good cause exists to modify the existing scheduling order and to briefly

17   extend the discovery cutoff date from September 4 to September 30, 2009 for the limited

     purpose of completing currently noticed depositions, including the deposition of Dustin
18
     Adler, and for resolving any disputes that may arise relating to the deposition of Dustin
19
     Adler before the discovery cutoff date.  The discovery cutoff date of September 4, 2009 is
20
     therefore extended to September 30, 2009 for this limited purpose.
21

22        2.    The extension of the discovery cutoff date as provided in paragraph 1 shall

23   be construed to allow the service of any further discovery requests that would otherwise

24   have been untimely under the previous discovery cutoff date of September 4, 2009.

25

26

27

28

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE FOR LIMITED PURPOSE;
[PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1    3.    The extension of the discovery cutoff date as provided in paragraph 1 shall

2  not extend or alter any other dates or deadlines in the scheduling order dated August 20,

3  2008, as previously modified by court order.

4

5  DATED_____    _____

6                                        Pamela W. Bertani, Esq.
                                          COSTELLO LAW CORPORATION
7                                        Attorneys for Plaintiff and
                                          Counterdefendant
8                                        Dustin K. Adler

9

10  DATED_____    _____

11                                       Stephen L. Davis, Esq.
                                          DAVIS & LEONARD LLP
12                                       Attorneys for RelyNet, Inc. and
                                          Michael DiCarlo

13

14  DATED_____    _____

15                                       Daniel Quick, Esq.
                                          DICKINSON WRIGHT PLLC
16                                       Attorneys for Intermedia Outdoors,
                                          Inc.

17

18  DATED_____    _____

19                                       Lauren J. Katunich, Esq.
                                          ERVIN COHEN & JESSUP, LLP
20                                       Attorneys for Defendant Internet
                                          Brands, Inc.

21

22

23    IT IS SO ORDERED.

24

25  DATED: August 4, 2009                /s/ John A. Mendez_____
                                          HON. JOHN A. MENDEZ
26                                       United States District Judge

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com