1  John P. Costello, Esq. (California State Bar No. 161511)
2  Pamela W. Bertani, Esq. (California State Bar No. 182672)
   **COSTELLO LAW CORPORATION**
3  331 J Street, Suite 200
   Sacramento, California 95814
4  Telephone No.: (916) 441-2234
   Fax No: (916) 441-4254
5

6  Glenn W. Peterson, Esq. (California State Bar No. 126173)
   **MILLSTONE, PETERSON & WATTS, LLP**
7  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
8  Telephone: (916) 780-8222
   Fax No: (916) 780-8775
9  *Attorneys for Plaintiff and Counterdefendant
   Dustin K. Adler*
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>Plaintiff,<br>vs.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively,<br><br>Defendants. | Case No. 2:08-CV-01333-JAM-EFB<br><br>**JOINT MID-LITIGATION STATEMENT** |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>Counterclaimants,<br>vs.<br><br>DUSTIN K. ADLER, an individual,<br><br>Counterdefendant. | |


MILLSTONE
PETERSON &
WATTS, LLP

## I. SUMMARY OF ALL LAW AND MOTION PRACTICE HEARD BY THE COURT AS OF THE DATE OF THE FILING OF THE STATEMENT

**A.  Motion To Modify Pretrial Scheduling Order And File Amended Complaint Filed By Plaintiff Dustin Adler**

(i) Plaintiff filed a Motion Pursuant to Rule 16 to Modify the Pretrial Scheduling Order and Grant Plaintiff Leave to Amend the Complaint to add an Additional Defendant on October 10, 2008.

(ii) Defendants RelyNet, Inc. and Michael DiCarlo filed an Opposition to Plaintiff's Motion Pursuant to Rule 16 to Modify the Pretrial Scheduling Order and Grant Plaintiff Leave to Amend the Complaint to add an Additional Defendant on November 19, 2008.

(iii) Plaintiff filed a Motion Pursuant to Rule 16 to Modify the Pretrial Scheduling Order and Grant Plaintiff Leave to Amend the Complaint to add Two Additional Defendants on December 16, 2009.

(iv) Defendants RelyNet, Inc. and Michael DiCarlo filed a Nonopposition to Plaintiff's Motion for Leave to Amend Complaint on January 16, 2009.

(v) Judge John A. Mendez signed an Order granting Plaintiff's Motion to Amend Complaint on February 4, 2009.

(vi) Defendants RelyNet, Inc. and Michael DiCarlo filed an Application for Clarification on Plaintiff's Motion Pursuant to Rule 16 to Modify the Pretrial Scheduling Order and Granting Plaintiff Leave to Amend the Complaint to Add Two Additional Defendants.

(vii) Judge John A. Mendez signed an Order granting Plaintiff's Motion to Amend Complaint and Modify the Pretrial Scheduling Order on February 6, 2009.

**B.  Motion To Amend Counterclaim Filed By Defendants DiCarlo/Relynet**

(i) Defendants RelyNet, Inc. and Michael DiCarlo filed a Motion to Amend Pretrial Scheduling Order and Counterclaim on February 10, 2009.

(ii) Plaintiff filed an Opposition to Defendants' Motion to Amend Pretrial Order and Counterclaim on March 6, 2009.

   (iii) Defendants RelyNet, Inc. and Michael DiCarlo filed a Reply in Support of Motion to Amend Pretrial Scheduling Order and Counterclaim on March 18, 2009.

   (iv) Judge John A. Mendez signed an Order granting Defendants' Motion to Modify the Pretrial Scheduling Order and Counterclaim on April 9, 2009.

   (v) Plaintiff filed a Motion for Reconsideration on April 23, 2009.

   (vi) Defendants RelyNet, Inc. and Michael DiCarlo filed an Opposition to Plaintiff's Motion for Reconsideration on May 21, 2009.

   (vii) Plaintiff filed a Reply to Defendants' Opposition to Motion for Reconsideration on May 26, 2009.

   (viii) Judge John A. Mendez signed an Order Denying Plaintiff's Motion for Reconsideration on June 17, 2009.

**C. Motion To Dismiss Or Abate Declaratory Relief Counterclaim Filed By Plaintiff Dustin Adler**

   (i) Plaintiff filed a Motion to Dismiss or Abate Declaratory Relief Counterclaim of RelyNet, Inc. and Michael DiCarlo on May 26, 2009.

   (ii) Defendants RelyNet, Inc. and Michael DiCarlo filed an Opposition to Plaintiff's Motion to Dismiss or Abate Declaratory Relief on June 17, 2009.

   (iii) Plaintiff filed a Reply to Defendants' Opposition to Motion to Dismiss or Abate Declaratory Relief on June 24, 2009.

   (iv) Via Minute Order dated June 26, 2009, the Court submitted the Motion To Dismiss Or Abate Declaratory Relief Counterclaim without appearance or oral argument. As of the date of this statement the Court has not ruled on this motion.

**II. LIKELIHOOD THAT ANY FURTHER MOTIONS WILL BE NOTICED PRIOR TO THE CLOSE OF THE LAW AND MOTION**

**A. Plaintiff Dustin Adler:**

  (i) Plaintiff anticipates noticing motions to compel further discovery responses prior to the close of Law and Motion;

  (ii) Plaintiff may file Motions for Summary Judgment and/or Summary Adjudication;

1      (iii)    Plaintiff will file various Motions in Limine;

2      (iv)    Plaintiff reserves the right to file any further motions as necessitated by discovery.

3  **B.**    **Defendants RelyNet and Michael DiCarlo:**

4      (i)    Defendants anticipate filing a motion for summary judgment and a motion for summary adjudication of claims against Plaintiff Dustin Adler.

6  **C.**    **Defendant Internet Brands:**

7      (i)    Defendant plans to file a Motion for Summary Judgment;

8      (ii)    Defendant plans to file a Motion in Limine;

9      (iii)    Defendant reserves the right to file a Motion to Compel re: Plaintiff's Disclosures.

10 **D.**    **Defendant Intermedia Outdoors, Inc.:**

11     (i)    Defendant plans to file a Motion for Summary Judgment on Plaintiff's claims;

12     (ii)    Defendant may file a Motion for Summary Judgment on its claims against RelyNet, Inc.;

14     (iii)    Defendant plans to file various Motions in Limine;

15     (iv)    Defendant plans to file a Motion to Compel Plaintiff's Answers to Intermedia's First Set of Interrogatories and Requests for Production of Documents and Second Set of Interrogatories;

17     (v)    Defendant reserves the right to file any further Motions as necessitated by discovery.

DATED: August 21, 2009

COSTELLO LAW CORPORATION

By: _/s/ Pamela Winston Bertani_
PAMELA WINSTON BERTANI
Attorneys for Plaintiff
Dustin K. Adler

DATED: August 21, 2009

DAVIS & LEONARD, LLP

By: _/s/ Stephen L. Davis_
STEPHEN L. DAVIS
Attorney for Defendants
RelyNet, Inc. and Michael DiCarlo

JOINT MID-LITIGATION STATEMENT

| | | |
|---|---|---|
| 1 | DATED: August 21, 2009 | ERVIN, COHEN & JESSUP LLP |
| 2 | | |
| 3 | | By: /s/ Lauren Katunich |
| | | LAUREN KATUNICH |
| 4 | | Attorney for Defendant |
| | | Internet Brands, Inc. |

DATED: August ___, 2009    DICKINSON WRIGHT PLLC

By:_____
    MICHELLE R. HEIKKA
    Attorney for Defendant
    Intermedia Outdoors, Inc.