| | |
|---|---|
| 1 | John P. Costello. Esq. (CA State Bar No. 161511) |
| 2 | Pamela W. Bertani, Esq. (CA State Bar No. 182672) |
|   | **COSTELLO LAW CORPORATION** |
|   | 331 J Street, Suite 200 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 441-2234 |
| 4 | Facsimile:  (916) 441-4254 |

Glenn W. Peterson, Esq. (CA State Bar No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile:  (916) 780-8775
*Attorneys for Plaintiff Dustin K. Adler*

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual, | CASE NO. 2:08-CV-01333-JAM-EFB |
| Plaintiff, vs. | **JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND TO EXTEND DISCOVERY CUTOFF DATE FOR LIMITED PURPOSE TO OCTOBER 22, 2009** |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively, | |
| Defendants. | |
| RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual, | |
| Counterclaimants, | |
| v. | |
| DUSTIN K. ADLER, an individual, | |
| Counter-Defendant. | |

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE FOR LIMITED PURPOSE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1

2   WHEREAS pursuant to the Court's Status (Pre-trial Scheduling) Order dated August 20,
3   2008, the discovery cutoff in this case was initially set for September 4, 2009;

4   WHEREAS the parties scheduled September 1, 2009 as the date for the deposition of
5   plaintiff Dustin Adler, to accommodate the schedules of counsel and the witness;

6   WHEREAS the Parties desired to ensure that the deposition of plaintiff Dustin Adler be
7   completed, and to guard against the possibility that for any reason his deposition might not be
8   able to take place on September 1, or interrupted or not finished on that day;

9   WHEREAS via Joint Stipulation approved by the district judge on August 5, 2009
10  (August 5th Joint Stipulation) the parties previously stipulated to extend the initial discovery
11  cutoff date to September 30, 2009, pursuant to the terms set forth below and the Court so ordered
12  the discovery cutoff time extension;

13  WHEREAS defense counsel Steve Davis inadvertently filed with the Court an incorrect
14  version of a joint stipulation ("Incorrect Joint Stipulation), which unduly limited the parties'
15  ability to resolve discovery disputes involving discovery propounded at the time the August 5th
16  Joint Stipulation was executed;

17  WHEREAS Magistrate Brennan issued an Order and Order To Show Cause dated
18  September 3, 2009 requesting Plaintiff to show cause as to why Plaintiff's discovery motions
19  should not be removed from the Court's September 23, 2009 calendar as untimely pursuant to the
20  Incorrect Joint Stipulation;

21  WHEREAS in response to the Order To Show Cause Plaintiff's counsel Pam Bertani and
22  defense counsel Steve Davis filed separate Declarations explaining to the Court Mr. Davis'
23  inadvertent filing error;

24  WHEREAS in response to Ms. Bertani's and Mr. Davis' Declarations, the Court issued an
25  Order dated September 9, 2009 stating, *inter alia*, that "[t]he parties may request that the district
26  judge sign a stipulation and proposed order including the broader discovery cutoff extension, or
27  plaintiff may file a motion before the district judge to modify the pretrial order as necessary. If
28  the district judge approves an extension of the discovery deadline that would cover plaintiff's

1

PDF created with pdfFactory trial version www.pdffactory.com

1  motions to compel, the motions may be re-noticed for hearing before the magistrate." (Dckt. No.
2  91);
3        WHEREAS on September 11, 2009 Plaintiff's counsel Pam Bertani contacted counsel for
4  all remaining defendants in this case to request the execution of a stipulation pursuant to the
5  Court's September 9, 2009 Order;
6        WHEREAS on September 16, 2009 counsel for defendants Michael DiCarlo, RelyNet,
7  Inc., Internet Brands, Inc. and Intermedia Outdoors, Inc. indicated a willingness to execute a
8  stipulation pursuant to the Court's September 9, 2009 Order;
9        WHEREAS the current discovery cutoff date of September 30 would not leave enough
10  time for Plaintiff or any other party to notice a discovery motion to resolve disputes relating to
11  discovery that was propounded at the August 5th Joint Stipulation was executed;
12        WHEREAS the parties have conferred in good faith and believe and are agreed that a
13  limited extension of the discovery cutoff date is appropriate in light of Mr. Davis' inadvertent
14  filing of the Incorrect Joint Stipulation.
15
16        IT IS HEREBY STIPULATED and AGREED THAT:
17        1.    Good cause exists to modify the existing scheduling order and to briefly extend the
18  discovery cutoff date from September 30, 2009 to October 22, 2009 for the limited purpose of
19  resolving any disputes that may arise relating to currently pending discovery before the discovery
20  cutoff date. The discovery cutoff date of September 30, 2009 is therefore extended to October 22,
21  2009 for this limited purpose.
22        2.    The extension of the discovery cutoff date as provided in paragraph 1 shall apply
23  only to currently propounded discovery and currently noticed depositions, including any
24  discovery requests to which responses have been served or depositions that have been taken as of
25  the date of this stipulation, and shall not be construed to allow the service of any further discovery
26  requests or notice depositions that otherwise would have been untimely under the previous
27  discovery cutoff date of September 4, 2009.
28        3.    The extension of the discovery cutoff date as provided in paragraph 1 shall not

PDF created with pdfFactory trial version www.pdffactory.com

extend or alter any other dates or deadlines in the scheduling order dated August 20, 2008, as previously modified by court order.

DATED_____     _____
                                                        Pamela W. Bertani, Esq.
                                                        COSTELLO LAW CORPORATION
                                                        Attorneys for Plaintiff and Counterdefendant
                                                        Dustin K. Adler

DATED_____     _____
                                                        Stephen L. Davis, Esq.
                                                        DAVIS & LEONARD LLP
                                                        Attorneys for RelyNet, Inc. and Michael
                                                        DiCarlo

DATED_____     _____
                                                        Daniel Quick, Esq.
                                                        DICKINSON WRIGHT PLLC
                                                        Attorneys for Intermedia Outdoors, Inc.

DATED_____     _____
                                                        Lauren J. Katunich, Esq.
                                                        ERVIN COHEN & JESSUP, LLP
                                                        Attorneys for Defendant Internet Brands, Inc.

     IT IS SO ORDERED.

DATED:  09/22/2009                           /s/ John A. Mendez_____
                                                        HON. JOHN A. MENDEZ
                                                         United States District Judge

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE FOR LIMITED PURPOSE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com