STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone:  (916) 362-9000
Fax:  (916) 362-9066
E-mail:  mleonard@davisandleonard.com

Attorneys for Defendants and Counterclaimants
RelyNet, Inc. and Michael DiCarlo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual<br><br>    Plaintiff,<br><br>v.<br><br>RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual,<br><br>    Defendants.<br><br>RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>DUSTIN K. ADLER, an individual,<br><br>    Counter-Defendant. | CASE NO. 2:08-CV-01333-JAM-EFB<br><br>**REQUEST BY DEFENDANTS MICHAEL DICARLO AND RELYNET, INC. TO FILE DOCUMENTS FILED WITH SUMMARY JUDGMENT MOTION UNDER  SEAL;  ORDER THEREON**<br><br>Summary Judgment Hearing Date:<br><br>Date:         November 4, 2009<br>Time:         9:00 a.m.<br>Courtroom:  6 |

Pursuant to Local Rule 39-141 and the stipulated protective order entered by the Court in this matter; Defendants and counterclaimants RelyNet, Inc. and Michael DiCarlo

PDF created with pdfFactory trial version www.pdffactory.com

(collectively "Defendants") hereby request entry of an order permitting Defendants to file certain documents under seal in connection with Defendants' motion for summary judgment, filed concurrently with this request. Defendants' evidence for their motion for summary judgment include exhibits to the declaration of DiCarlo in support of the motion that have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL under the stipulated protective order. Specifically, the exhibits, paper copies of which are being provided to the Court for in camera review, consist of:

1. Exhibit G to the Declaration of Stephen L. Davis, which consists of a series of personal emails sent to and from Dustin Adler in the summer of 2005, mostly to or from his wife Diane Adler. These were produced in the course of discovery and marked "confidential." They are stamped 003668-76, 3724-27, 3736-37, 3746-3750, 3647-52, 3759.

2. Exhibit B to the declaration of Michael DiCarlo, stamped nos. RelyNet 838-840, is part of a K-1 tax return that includes Mr. DiCarlo's social security number.

3. Exhibit J to the declaration of Michael DiCarlo, which consists of the Asset Purchase and Sale Agreement between RelyNet, Inc. and Internet Brands, Inc. dated February 2007 (produced by Internet Brands as IB 000157-169). This was produced in the course of discovery by both Internet Brands and RelyNet, Inc. and was designated as CONFIDENTIAL by both of them because it evidences the confidential specific financial terms of the contract between them.

4. Portions of Exhibit E to the declaration of Michael DiCarlo, consisting of pages from the source code of version 2.0.6c, which was produced by Adler and falls within the stamp numbers Adler 00950 through 01367. These documents were designated as HIGHLY CONFIDENTIAL by counsel of Adler when they were produced to defendant RelyNet, Inc. in this matter, although counsel consented to defendant Michael DiCarlo viewing the code since RelyNet already has copies of it.

PDF created with pdfFactory trial version www.pdffactory.com

1  5. Portions of Exhibit F to the declaration of Michael DiCarlo, consisting of pages from the source code of version 2.1.2, which was produced by Adler and falls within the stamp numbers Adler 00001 through Adler 495.  These documents were designated as HIGHLY CONFIDENTIAL by counsel of Adler when they were produced to defendant RelyNet, Inc. in this matter, although counsel consented to defendant Michael DiCarlo viewing the code since RelyNet already has copies of it.

Good cause exists for this request to seal these documents because (a) in the case of Exhibit G they involve some personal and private communications between the plaintiff and his wife, (b) in the case of exhibit B, shows confidential tax and personal information, including Mr. DiCarlo's social security number, (c) in the case of Exhibit J they involve confidential and material financial terms of a private business transaction between Internet Brands and RelyNet, Inc., the details of which could be useful to and used unfairly by competitors of them, and (d) in the case of the source code attached to Exhibits E and F of DiCarlo's declaration, the source code is a valuable trade secret and is not publicly disclosed, and public disclosure could cause competitive injury, and, moreover, plaintiff Dustin Adler has requested that these documents produced by him be designated HIGHLY CONFIDENTIAL.  No prejudice to any party will result from the sealing because the documents have been produced to counsel for all parties.

DATED_____   _____
Stephen L. Davis, Esq.
DAVIS & LEONARD LLP
Attorneys for RelyNet, Inc. and
Michael DiCarlo

REQUEST TO FILE DOCUMENTS UNDER SEAL; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1
2          IT IS SO ORDERED.
3
4  DATED:  October 8, 2009                              /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
5                                                      United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com