Patrick A. Fraioli, Jr (SBN 191824)
Lauren J. Katunich (SBN 227599)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Wendy Giberti (AZ SBN  020162)
Pro Hac Vice - date [7/30/09]
Internet Brands, Inc.
909 N. Sepulveda Blvd., 11th Floor
El Segundo, CA 90245
Telephone (310) 280-4365
Facsimile (310) 280-4951

Attorneys for Internet Brands, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively,,<br><br>  Defendant. | CASE NO. 2:08-CV-01333-JAMS-EFB<br><br>**DEFENDANT INTERNET BRANDS, INC.'S REQUEST TO FILE DOCUMENTS FILED WITH SUMMARY JUDGMENT MOTION UNDER SEAL;  ORDER THEREON** |

Pursuant to Local Rule 39-141 and the Stipulated Protective Order entered by the Court in this matters, Defendant Internet Brands, Inc. ("Defendant") hereby request entry of an order permitting Defendant to file certain documents under seal in connection with Defendant's motion for summary judgment, filed concurrently with this request.  Defendant's evidence for its motion for summary judgment includes Exhibit "A" to the Affidavit of B. Lynn Walsh that has previously been

PDF created with pdfFactory trial version www.pdffactory.com

1  designated CONFIDENTIAL under the Stipulated Protective Order.

2      Good cause exists for this request to seal this document because the document at issue contains confidential and material financial terms of a private business transaction between Defendant and Relynet, Inc., the details of which could be useful to and used unfairly by competitors.  No prejudice to any party will result from the sealing because the documents have been produced to counsel for all parties.

ERVIN COHEN & JESSUP LLP

DATED: October 7, 2009

Patrick A. Fraioli, Jr

By:   /s/
Patrick A. Fraioli, Jr
Attorneys for Internet Brands, Inc.

IT IS SO ORDERED.

DATED: 10/08/2009          /s/ John A. Mendez

HON. JOHN A. MENDEZ

United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com