**Daniel D. Quick**
**Michelle Heikka**
**Dickinson Wright PLLC**
**38525 N. Woodward, Ste. 2000**
**Bloomfield Hills, MI 48304-5092**
**Phone: (248)433-7242**
**Fax: (248)433-7274**

**Attorneys for Defendant**
**INTERMEDIA OUTDOORS, INC.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **DUSTIN K. ADLER, an individual** | **CASE NO: 2:08-CV-01333-JAM-EFB** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING INTERMEDIA OUTDOORS, INC.'S COMPLAINT AGAINST RELYNET, INC. WITHOUT PREJUDICE** |
| **RELYNET, INC.**, a California Corporation, **MICHAEL DICARLO**, an individual, **INTERNET BRANDS, INC.**, a Delaware Corporation, **INTERMEDIA OUTDOORS, INC.**, a Delaware Corporation, **A VORTEX MEDIA GROUP, INC.**, a Delaware Corporation and DOES 1 through 50, inclusively, | |
| Defendants | |

PDF created with pdfFactory trial version www.pdffactory.com

This matter having come before the Court upon stipulation of Intermedia Outdoors, Inc. and RelyNet, Inc., and the court being otherwise fully advised in the premises:

WHEREAS on February 13, 2009, Dustin Adler filed a First Amended Complaint claiming, in part, that Intermedia's use of the ZeroForum software pursuant to an agreement with RelyNet somehow infringed his alleged copyright in the ZeroForum software.

WHEREAS on March 30, 2009, Intermedia filed a Cross Claim against RelyNet seeking indemnification for any liability it incurred as a result of its agreement with RelyNet.

WHEREAS the Court granted Summary Judgment in favor of Intermedia as to Adler's claims on November 18, 2009.

IT IS HEREBY STIPULATED AND AGREED that Intermedia's Cross Claim against RelyNet should be dismissed **WITHOUT** prejudice.

DATED:   Dec, 9, 2009         /s/ Stephen L. Davis
                              Stephen L. Davis
                              Davis & Leonard, LLP
                              Attorneys for RelyNet, Inc.


DATED:   Dec. 9, 2009         /s/ Michelle R. Heikka
                              Michelle R. Heikka

1

STIPULATION AND ORDER DISMISSING INTERMEDIA OUTDOORS, INC.'S
COMPLAINT AGAINST RELYNET, INC. WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

Attorneys for Intermedia Outdoors, Inc.

IT IS SO ORDERED

DATED:  December 10, 2009        /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge

2

STIPULATION AND ORDER DISMISSING INTERMEDIA OUTDOORS, INC.'S
COMPLAINT AGAINST RELYNET, INC. WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com