STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone:  (916) 362-9000
Fax:  (916) 362-9066
E-mail: sdavis@davisandleonard.com

Attorneys for Defendants
RelyNet, Inc. and Michael DiCarlo

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTIN K. ADLER, an individual, | CASE NO. 2-08-CV-01333-JAM-EFB |
| Plaintiff, | |
| v. | **ORDER ON MOTION BY DEFENDANTS RELYNET, INC. AND MICHAEL DICARLO FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS** |
| RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation and DOES 1 through 50, inclusively, | |
| Defendants. | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, | |
| Counterclaimants, | |
| v. | |
| DUSTIN K. ADLER, an individual, | |
| Counterdefendant. | |

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1       On October 9, 2009, Defendants RelyNet, Inc. and Michael DiCarlo moved for

2  summary judgment, or, in the alternative, summary adjudication against Plaintiff Dustin

3  Adler's claims for copyright infringement and fraud, pursuant to Rule 56 of the Rules of

4  Civil Procedure.  The matter was heard on November 18, 2009 at 9:00 in this Courtroom.

5  Stephen L. Davis of Davis & Leonard LLP appeared on behalf of Defendants RelyNet, Inc.

6  and Michael DiCarlo, and Glenn Peterson of Millstone, Peterson & Watts LLP appeared

7  on behalf of Plaintiff Dustin Adler.

8       Having considered the arguments and evidence presented by the parties in this

9  matter, the Court GRANTS Defendants' motion for summary adjudication as to the claim

10  for fraud, and DENIES Defendants' motion for summary adjudication as to the claim for

11  copyright infringement, for the reasons stated on the record during the hearing, as set forth

12  in the transcript attached hereto as Exhibit A.

13

14       IT IS SO ORDERED.

15

16       DATED:   December 14, 2009       /s/ John A. Mendez_____

17                        HON. JOHN A. MENDEZ

18                        United States District Judge

19

20

21

22

23

24

25

26

27

28

ORDER RE MOTION BY DEFENDANTS RELYNET, INC. AND MICHAEL DICARLO FOR
SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS

PDF created with pdfFactory trial version www.pdffactory.com