Patrick A. Fraioli, Jr (SBN 191824)
Lauren J. Katunich (SBN 227599)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Wendy Giberti (AZ SBN  020162)
Pro Hac Vice - date [7/30/09]
Internet Brands, Inc.
909 N. Sepulveda Blvd., 11th Floor
El Segundo, CA 90245
Telephone (310) 280-4365
Facsimile (310) 280-4951

Attorneys for Internet Brands, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual, | CASE NO. 2:08-CV-01333-JAMS-EFB |
| Plaintiff, | **ORDER RE: INTERNET BRANDS, INC.'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION** |
| v. | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively,, | |
| Defendant. | |

On October 7, 2009, Defendant Internet Brands, Inc. filed a Motion for Summary Judgment and in the alternative a Motion for Summary Adjudication (Docket #107).  On October 21, 2009, Plaintiff filed an Opposition to that Motion (Docket #120).  On November 18, 2009, this Court conducted oral argument on the pending Motion.  The matter having been fully briefed, argued, and brought before this Court, and good cause appearing, for the reasons stated in the transcript of the

November 18, 2009, hearing, a true and accurate copy of which is attached as Exhibit "A," the Court hereby grants in part and denies in part Internet Brands' Motion for Summary Judgment and in the alternative Motion for Summary Adjudication as follows:

IT IS HEREBY ORDERED that Internet Brands, Inc.'s Motion for Summary Judgment as to Defendant Internet Brands, Inc.'s liability for copyright infringement is DENIED IN PART because there remains a question of fact as to whether Plaintiff revoked the implied license he previously granted to RelyNet, Inc., thereby calling into question the validity of the license pursuant to which Internet Brands, used the subject copyrighted material, Zeroforum software;

IT IS HEREBY FURTHER ORDERED that Internet Brands, Inc.'s Motion for Summary Adjudication, pursuant to 17 U.S.C. §504(b) is GRANTED IN PART, with the result that the Court finds that, as a matter of law, Plaintiff's actual damages and infringer's profits are $0;

IT IS HEREBY FURTHER ORDERED that Internet Brands, Inc.'s Motion for Summary Adjudication, pursuant to 17 U.S.C. §504(c)(2) is GRANTED IN PART, and the Court finds that Plaintiff cannot, as a matter of law, meet his burden to prove that Internet Brands, Inc.'s infringement, if any, was willful;

IT IS HEREBY FURTHER ORDERED that Internet Brands, Inc.'s Motion for Summary Adjudication, pursuant to 17 U.S.C. §504(c)(2) is GRANTED IN PART, and the Court finds that, as a matter of law, Defendant Internet Brands, Inc. has proven its infringement, if any, was innocent;

///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY FURTHER ORDERED that Internet Brands, Inc.'s Motion
2   for Summary Adjudication is GRANTED IN PART, and the Court finds that, as a
3   matter of law, Plaintiff cannot recover statutory damages pursuant to 17 U.S.C.
4   §504(a)(2) and 17 U.S.C. §504(c)(2) in excess of $200.
5   IT IS SO ORDERED.

Dated:  December 11, 2009           /s/ John A. Mendez_____
                                    John A. Mendez
                                    Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com