Patrick A. Fraioli, Jr (SBN 191824)
Lauren J. Katunich (SBN 227599)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Wendy Giberti (AZ SBN  020162)
Pro Hac Vice - date [7/30/09]
Internet Brands, Inc.
909 N. Sepulveda Blvd., 11th Floor
El Segundo, CA 90245
Telephone (310) 280-4365
Facsimile (310) 280-4951

Attorneys for Internet Brands, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual, ) | CASE NO. 2:08-CV-01333-JAM-EFB |
| Plaintiff, ) | **ORDER RE: DISMISSAL WITH PREJUDICE OF INTERNET BRANDS, INC.** |
| v. ) | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively,, ) | |
| Defendant. ) | |

This matter, having come before the Court upon oral stipulation by Plaintiff Dustin K. Adler and Defendant Internet Brands, Inc. at the final pretrial conference on December 16, 2009, as set forth in this Court's Final Pretrial Conference Order [Docket #154], and good cause appearing, the Court hereby rules as follows:

1

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Internet Brands, Inc. are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  December 28, 2009                     /s/ John A. Mendez
                                              John A. Mendez
                                              United States District Judge