| | |
|---|---|
| STEPHEN L. DAVIS (State Bar No. 149817)<br>MARK R. LEONARD (State Bar No. 219186)<br>DAVIS & LEONARD, LLP<br>8880 Cal Center Drive, Suite 180<br>Sacramento, California 95826<br>Telephone:  (916) 362-9000<br>Fax:  (916) 362-9066<br>E-mail: sdavis@davisandleonard.com<br><br>Attorneys for Defendants/Counterclaimants<br>RelyNet, Inc. and Michael DiCarlo | |

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation and DOES 1 through 50, inclusively,<br><br>          Defendants. | CASE NO. 2-08-CV-01333-JAM-EFB<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBITS AND OBJECTIONS TO DESIGNATION OF DEPOSITION TESTIMONY**<br><br>Trial Date:  January 25, 2009<br>Time:           9:00 a.m.<br>Courtroom:  6 |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>          Counterclaimants,<br><br>     v.<br><br>DUSTIN K. ADLER, an individual,<br><br>          Counterdefendant. | |

          Defendants and Counterclaimants RelyNet, Inc. and Michael DiCarlo object to

Plaintiff's designation of deposition testimony and discovery response, filed January 19,

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBITS

1   2010, and to Exhibits 212, 213, 214, and 215 on Plaintiff's supplemental exhibit list, filed
2   January 21, 2010 on the following grounds:
3
4       1.    Defendants object that Exhibits 212-215 were not added to the list in a
5   timely manner in accordance with the Court's final pretrial order, in that they were not
6   contained on the exhibit list attached to the pretrial order, and were not marked as exhibits
7   and exchanged with Defendants' counsel in a timely manner in accordance with the
8   Court's final pretrial order.
9       2.    Defendants object to Exhibits 212-215 and to the introduction of these
10  discovery responses as exhibits and evidence at trial, because Plaintiff has not, as he is
11  required to do under Federal Rules and under the court's pretrial order, designated the
12  portions of the responses that he intends to offer into evidence.  Plaintiff also did not
13  identify the specific portions of these discovery responses that he intends to introduce as
14  evidence in his designation of discovery documents, which he filed on January 19, 2010.
15  The designation of the entire responses does not comply with the court's final pretrial
16  order.
17      3.    Defendants also object to Plaintiff's designation of the deposition testimony
18  of George Knighton, filed on January 19, 2010.  Defendants object to all of the cited
19  portions of the testimony of George Knighton, on the grounds that the testimony is hearsay
20  or is based upon hearsay, and no exception applies (FRE 802); Knighton's testimony,
21  including particularly testimony regarding the alleged ownership of RelyNet or of the
22  ZeroForum software, or his comments or opinions about any dispute between DiCarlo and
23  Adler, lack personal knowledge (FRE 602) and are impermissible opinion (FRE 701), and
24  also that his testimony is irrelevant (FRE 402) and is much more likely to cause confusion,
25  waste of time and resources, and prejudice, than to have any probative value (FRE 403).
26  / / /
27  / / /
28

- 3 -

1  DATED: January 22, 2010            DAVIS & LEONARD LLP

3                                      __/s/Stephen L. Davis_____

4                                      Stephen L. Davis
                                       DAVIS & LEONARD, LLP
5                                      Attorneys for Defendants/Counterclaimants
                                       RelyNet, Inc. and Michael DiCarlo

DEFENDANTS' OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBITS