UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ADLER, )
)
v. )   Civ.S-08-1333 JAM EFB
)
RELYNET, et al )
)
_____ )   NOTE FROM THE JURY

Date: 2/3/10

Time: 09:40

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

1) Does incorporation under class S protect an original sole proprietor and a single share holder?

2) If he is protected in an incorporation, how is he protected?

Dated 2/3/10          Foreperson [signature]