**FILED**

FEB  3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUSTIN K. ADLER, an individual, | ) | Case No.S:08-CV-01333 JAM-EFB |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO NOTE #1 FROM JURY** |
| | ) | |
| v. | ) | |
| | ) | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, and DOES 1 through 50, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively, | ) ) ) ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTIN K. ADLER, an individual, | ) | |
| | ) | |
| Counterdefendant. | ) | |

Assuming that your questions are related to the issue of the individual liability, if any, of Mr. DiCarlo, the Court directs you to Jury Instruction No. 25.


Dated: February 3, 2010

Honorable John A. Mendez

1