FILED

FEB 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>RELYNET, INC., a California Corporation, and MICHAEL DICARLO,<br><br>   Defendants.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively,<br><br>   Counterclaimants,<br><br>   v.<br><br>DUSTIN K. ADLER, an individual,<br><br>   Counterdefendant. | Case No.S:08-CV-01333 JAM-EFB<br><br>**VERDICT FORM** |

   We, the jury in the above-entitled case, find as follows:

1

1. On Plaintiff Dustin Adler's claim for relief against Defendant RelyNet, Inc. for copyright infringement, we find for the:
   Enter "Plaintiff" or "Defendant": __Plaintiff__.

2. On Plaintiff Dustin Adler's claim for relief against Defendant Michael DiCarlo for copyright infringement, we find for the:
   Enter "Plaintiff" or "Defendant": __Plaintiff__.

3. If you found for the Defendant in response to question nos. 1 and 2, please skip this question and go to question number 4. If you found for the Plaintiff in response to either question nos. 1 or 2, what are Plaintiff's damages as a result of Defendants' copyright infringement?:
   $ __1,110,699__.

4. On Defendants' counterclaim for relief against Plaintiff Dustin Adler for violation of the Comprehensive Computer Data Access and Fraud Act, we find for the:
   Enter "Plaintiff" or "Defendant": __Defendant__.

1      5.  If you found for the Plaintiff in response to
2 question no. 4, please skip this question and sign and
3 date this verdict form.  If you found for the Defendants
4 in response to question no. 4, what are Defendants'
5 damages as a result of Plaintiff Dustin Adler's violation
6 of the Comprehensive Computer Data Access and Fraud Act?:
7     $ _3,200_____.
8
9     Please have the foreperson sign and date this form
10 below.
11
12 Dated: _2/3/10_____      _Raegan Hoffman_____
13                                        Foreperson