IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>        Defendants.<br>_____/<br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>        Counterclaimants,<br><br>   v.<br><br>DUSTIN K. ADLER, an individual,<br><br>        Counterdefendant.<br>_____/ | No. Civ. 2:08-CV-01333 JAM EFB<br><br>ORDER RE: DECLARATORY RELIEF CLAIMS |

The granting of declaratory relief rests in the sound discretion of the Court. Accordingly, the Court intends to enter judgment in Plaintiff's favor with respect to his request for declaratory and injunctive relief in his Prayer for Relief in the First Amended Complaint, but only insofar as said judgment is consistent with the Court's ruling on the parties' Rule 50 motions (See Jury Instruction No. 18). The Court further intends to enter judgment against Defendants and in favor of Plaintiff on Defendants' Second Claim for Relief (Declaratory Relief), but only insofar as said judgment is consistent with the Court's ruling on the parties' Rule 50 motions (See Jury Instruction No. 18).

Plaintiff's counsel is directed to prepare a Proposed Order regarding the declaratory and injunctive relief claims within the next ten (10) days and to submit the Proposed Order to Defendants' counsel for approval as to form before filing the Proposed Order with the Court. If counsel are unable to agree on the form of the Proposed Order then Defendants' counsel may submit his own Proposed Order along with a brief, not to exceed five pages, explaining why he opposed Plaintiff's Proposed Order. Plaintiff's counsel will be permitted to file a reply brief, not to exceed five pages, within ten (10) days of receiving Defendants' Proposed Order and brief.

IT IS SO ORDERED.

Dated: February 5, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE