## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DUSTIN K. ADLER,**

v.

CASE NO: **2:08–CV–01333–JAM–EFB**

**RELYNET, INC., ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/3/10**

**Victoria C. Minor**
Clerk of Court

ENTERED: **February 8, 2010**

by: /s/ H. Kaminski
Deputy Clerk