Stephen L. Davis, Esq. (State Bar No. 149817)
Mark R. Leonard, Esq. (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

Attorneys for Defendants Michael DiCarlo and RelyNet, Inc.

John P. Costello. Esq. (CA State Bar No. 161511)
Pamela W. Bertani, Esq. (CA State Bar No. 182672)
COSTELLO LAW CORPORATION
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 441-2234
Facsimile: (916) 441-4254

Glenn W. Peterson, Esq. (CA State Bar No. 126173)
MILLSTONE, PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Attorneys for Plaintiff Dustin K. Adler

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>　　　　Plaintiff,<br>　vs.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC. a Delaware Corporation, and DOES 1 through 50, inclusively,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>And All Related Counterclaims. | Case No. 2:08-CV-01333-JAM-EFB<br><br>**PARTIES' JOINT STIPULATION AND REQUEST RE SCHEDULING OF POST-TRIAL MOTIONS; ORDER ON SCHEDULING POST-TRIAL MOTIONS**<br><br>Trial Date: January 25, 2009<br>Honorable John A. Mendez<br>Courtroom: 6 |

JOINT STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for Plaintiff/Counterdefendant Dustin K. Adler and Counsel for Defendants/Counterclaimants RelyNet, Inc. and Michael DiCarlo have met and conferred and hereby stipulate and request that the Court enter an order scheduling post-trial motions and matter for the following reasons and in accordance with the following schedule:

1. Plaintiff intends to file a motion for attorney's fees under Rule 54, and a motion to amend or alter the judgment under Rule 59 to allow an award of pre-judgment interest on the judgment.

2. Defendants intend to file a renewed motion for judgment as a matter of law under Rule 50(b), and they also intend to file a motion to amend or alter the judgment, or, in the alternative, for a new trial under Rule 59, on the ground that the damages awarded by the jury were excessive and that the testimony of Chris Whitaker should have been excluded and prejudiced their case.

3. The Court issued an order dated February 5 ordering the parties to attempt to prepare a judgment providing for declaratory relief and injunctive relief in accordance with the jury's verdict and with the Court's rulings on January 29, 2010 on the parties' Rule 50 motions, and to submit a draft order within ten days.

4. Under the Federal Rules, as amended in 2009 and effective December 1, 2009, the time to file motions under Rules 50, 54, and 59 has been extended from 10 days to 28 days. Considering the significance and number of issues upon which the parties expect to file motions, and the importance of coordinating the Court's ruling on those motions with its entry of a final judgment that encompasses all forms of relief in this matter, the parties agree that a schedule should be prepared for hearing all of their motions on this matter.

5. Accordingly, the parties request that the Court confirm that the parties have until 28 days after the jury's verdict dated February 3, 2010, or until March 3, 2010, to file any post-trial motions under Rules 50, 54, or 59, or under any other authority that allows the filing of any post-trial motion 28 days after entry of judgment. The parties further request that opposition and reply briefs be filed in accordance with Local Rule 230.

PDF created with pdfFactory trial version www.pdffactory.com

6. The parties further request that the Court extend until March 3, 2010 the deadline for submission of a proposed judgment that includes declaratory and injunctive relief. In the event the parties cannot agree on such a draft, plaintiff will submit a proposed draft. Defendants will file a brief not to exceed five pages in opposition to the draft in accordance with Local Rule 230, and Plaintiff will file a brief not to exceed five pages in reply in accordance with Local Rule 230.

7. The parties further request that the Court schedule a single hearing on all post trial motions as soon thereafter as is consistent with the Court's calendar and in accordance with applicable law and motion and local rules. Both parties' attorneys are available for a hearing in late March or early April.

DATED: February 18, 2010      **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By: /s/ GLENN W. PETERSON
    GLENN W. PETERSON
    Attorneys for Plaintiff Dustin Adler

DATED: February 18, 2010      **COSTELLO LAW CORPORATION**

By: /s/ PAMELA WINSTON BERTANI
    PAMELA WINSTON BERTANI
    Attorneys for Plaintiff Dustin Adler

DATED: February 18, 2010      **DAVIS & LEONARD, LLP**

By: /s/ STEPHEN L. DAVIS
    Stephen L. Davis
    Attorneys for Defendant/Counterclaimants
    RelyNet, Inc. and Michael DiCarlo

2
JOINT STIPULATION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having considered the parties' stipulation, the Court orders as follows:

1. The parties shall file any post-trial motions, including any motions under Rules 50, 54, or 59, no later than March 3, 2010.

2. The Court's order dated February 5, 2010 is hereby modified as follows: The date for submission of a proposed judgment that includes declaratory and injunctive relief in accordance with the jury's verdict and this Court's prior rulings on the parties' Rule 50 motions shall be March 3. If the Defendants do not join in the proposed judgment they may file an opposition brief not to exceed five pages within the deadline provided by Local Rule 230, and Plaintiff may file a reply brief not to exceed five pages within the deadline provided by Local Rule 230.

3. The hearing on all post-trial motions and on the form and content of the final judgment, including any provision in the judgment for attorney's fees, declaratory relief, interest, or injunctive relief shall be on April 7, 2010 at 9:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

DATED: February 19, 2010          /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com