STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

Attorneys for Defendants
RelyNet, Inc. and Michael DiCarlo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>RELYNET, INC. a California corporation and MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation and DOES 1 through 50, inclusively,<br><br>    Defendants.<br>_____<br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual,<br><br>    Counterclaimants,<br><br>  v.<br><br>DUSTIN K. ADLER, an individual,<br><br>    Counterdefendant. | CASE NO. 2-08-CV-01333-JAM-EFB<br><br>**EX PARTE APPLICATION BY DEFENDANTS RELYNET, INC. AND MICHAEL DICARLO TO EXCEED 25-PAGE LIMIT FOR MOTIONS; ORDER THEREON**<br><br>Trial Date:   January 25, 2010<br>Time:         9:00 a.m.<br>Courtroom:    6<br><br>Hearing Date: April 7, 2010<br>Time:         9:30 a.m.<br>Courtroom:    6 |

   DEFENDANTS MICHAEL DICARLO AND RELYNET, INC. hereby request

permission to file a combined memorandum of points and authorities in support of their

motions for judgment as a matter of law under Rule 50 and for new trial under Rule 59.

1

The memorandum of points and authorities is a little less than 26 pages, while the page-limit contained in the Court's August 20, 2008 scheduling order is 25 pages. The reasons for this request are as follows:

1. For the sake of convenience to the Court the defendants have combined their Rule 50 and Rule 59 motions into a single motion and single memorandum of points and authorities. The defendants have attempted to comply with that portion of the Court's August 20, 2008 scheduling order which forbids parties from avoiding the filing of an excessively long brief by filing multiple motion papers, but the result is that the brief is a page too long.

2. The memorandum of points and authorities refers to the entire trial record, including exhibits and witness testimony, and separately recites the relevant evidence at trial, for the sake of clarity and including as many of the relevant facts in a single pleading as possible.

3. The memorandum of points and authorities concerns multiple significant legal issues and questions, and there is a significant body of precedent and authority, especially on the questions of estoppel and co-ownership, to discuss.

4. The memorandum exceeds the page limit by only one page.

5. Exceeding the page limit in this instance by one page will not cause excessive hardship or vexation to any party or to the court and is warranted by the significance and complexity of the issues.

DATED: March 3, 2010                    DAVIS & LEONARD LLP

/s/Stephen L. Davis_____
Stephen L. Davis
DAVIS & LEONARD, LLP
Attorneys for RelyNet, Inc. and
Michael DiCarlo

PDF created with pdfFactory trial version www.pdffactory.com

1 ORDER

2   Defendants having applied for permission to file a brief that exceeds the court's 25-
3 page limit by one page, and good cause having been shown, Defendants' request is
4 GRANTED.

5

6 Dated: March 4, 2010          /s/ John A. Mendez
                                 Judge John A. Mendez
7                                United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EX PARTE APPLICATION TO EXCEED PAGE LIMIT; ORDER

PDF created with pdfFactory trial version www.pdffactory.com