Patrick A. Fraioli, Jr (SBN 191824)
Lauren J. Katunich (SBN 227599)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Wendy Giberti (AZ SBN 020162)
Pro Hac Vice - date [7/30/09]
Internet Brands, Inc.
909 N. Sepulveda Blvd., 11th Floor
El Segundo, CA 90245
Telephone (310) 280-4365
Facsimile (310) 280-4951

Attorneys for Internet Brands, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, VORTEX MEDIA GROUP, INC., a Delaware Corporation, and DOES 1 through 50, inclusively,,<br><br>Defendant. | CASE NO. 2:08-CV-01333-JAM -EFB<br><br>**ORDER RE: INTERNET BRANDS, INC.'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SANCTIONS** |

This matter, having come before the Court on Defendant Internet Brands, Inc.'s Motion for Attorney's Fees, Costs, and Sanctions and this Court having considered the briefs and conducted oral examination of the parties thereon on March 3, 2010, the Court hereby rules as follows:

IDOCS:13379.5:1019259.1                    1
**ORDER RE: INTERNET BRANDS, INC.'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SANCTIONS**

IT IS HEREBY ORDERED denying Defendant Internet Brands, Inc.'s request for attorneys' fees, costs, and sanctions, pursuant to 17 U.S.C. §505, as against Plaintiff Dustin K. Adler, on the grounds that this Court never reached a determination as to the liability of Internet Brands, Inc. and therefore cannot classify Internet Brands, Inc. as the prevailing party;

IT IS HEREBY FURTHER ORDERED the Court grants Internet Brands, Inc.'s request for sanctions against Plaintiff's counsel Glenn W. Peterson, Pamela Winston Bertani, and John P. Costello, and their respective law firms, Millstone, Peterson, & Watts, L.L.P. and Costello Law Corporation, jointly and severally, in the amount of $21,398.00, pursuant to 28 U.S.C. §1927, on the grounds that Plaintiff's counsel unnecessarily multiplied the proceedings versus Internet Brands, Inc. unreasonably and vexatiously.

IT IS SO ORDERED.

Dated: March 9, 2010

John A. Mendez
United States District Judge

IDOCS:13379.5:1019259.1

**ORDER RE: INTERNET BRANDS, INC.'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SANCTIONS**