Daniel D. Quick
Michelle Heikka
Dickinson Wright PLLC
38525 N. Woodward, Ste. 2000
Bloomfield Hills, MI 48304-5092
Phone: (248)433-7242
Fax: (248)433-7274

Attorneys for Defendant
INTERMEDIA OUTDOORS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DUSTIN K. ADLER, an individual | CASE NO: 2:08-CV-01333-JAM-EFB |
| Plaintiff, | |
| vs. | ORDER GRANTING, IN PART, AND DENYING, IN PART, INTERMEDIA OUTDOORS, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 AND 28 U.S.C. § 1927 |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, A VORTEX MEDIA GROUP, INC., a Delaware Corporation and DOES 1 through 50, inclusively, | |
| Defendants | |

ORDER RE: INTERMEDIA OUTDOORS, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS

PDF created with pdfFactory trial version www.pdffactory.com

This matter having come before the Court upon Defendant's, Intermedia Outdoors, Inc.'s, Motion for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 and 28 U.S.C. § 1927 and response briefs having been filed, oral argument having been held on March 3, 2010, and the court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that, as the prevailing party, Defendant's Motion seeking attorneys' fees and costs pursuant to 17 U.S.C. § 505 is GRANTED and Defendant is awarded $154,146.49 in attorneys' fees and costs against Plaintiff.

IT IS FURTHER ORDERED that Defendant may supply, for the Court's consideration, a supplemental affidavit setting forth the attorneys' fees and costs it incurred subsequent to filing its motion.  Plaintiff may file a response within 10 days.

IT IS FURTHER ORDERED that Defendant's motion seeking attorneys' fees and costs pursuant to 27 U.S.C. § 1927 is DENIED.

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE

DATED:  March 11, 2010

PDF created with pdfFactory trial version www.pdffactory.com