John P. Costello, Esq. (California State Bar No. 161511)
Pamela W. Bertani, Esq. (California State Bar No. 182672)
**COSTELLO LAW CORPORATION**
331 J Street, Suite 200
Sacramento, California 95814
Telephone No.: (916) 441-2234
Fax No: (916) 441-4254

Glenn W. Peterson, Esq. (California State Bar No. 126173)
**MILLSTONE PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff/Counterdefendant
Dustin K. Adler

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual, | Case No. 2:08-CV-01333-JAM-EFB |
| Plaintiff, | **ORDER RE: MOTION TO AMEND JUDGMENT TO INCLUDE PREJUDGMENT INTEREST PURSUANT TO FRCP RULE 59(e)** |
| vs. | |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRAND, INC., a Delaware corporation, INTERMEDIA OUTDOORS, INC., a Delaware corporation, VORTEX MEDIA GROUP, INC., a Delaware corporation, and DOES 1 through 50, inclusively, | |
| Defendants. | Date:   April 7, 2010<br>Time:  9:30 a.m.<br>Courtroom:   6<br><br>Honorable John A. Mendez |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively, | |
| Counterclaimants, | |
| vs. | |
| DUSTIN K. ADLER, an individual, | |
| Counterdefendant. | |

1

**PLAINTIFF'S PROPOSED ORDER RE: MOTION TO AMEND JUDGMENT TO INCLUDE PREJUDGMENT INTEREST PURSUANT TO FRCP RULE 59(e)**

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff's motion to amend the judgment under FRCP Rule 59(e) came on for hearing on

2  April 7, 2010 on this Court's 9:30 calendar.  The Court has considered the evidence admitted at trial,

3  and the jury verdict rendered.  It has also considered the underlying briefs and oral argument of

4  counsel.  The Court finds that Plaintiff has demonstrated that an award of prejudgment interest is

5  appropriate in this case, and now rules as follows:

6    **IT IS HEREBY ORDERED** that Plaintiff's motion to amend judgment to include

7  prejudgment interest is GRANTED.

8    **IT IS HEREBY FURTHER ORDERED** that the judgment entered herein on February 8,

9  2010 ("Judgment") in the amount of $1,110,699.00 is ordered amended to include an award of

10  prejudgment interest in the amount of $90,299.

11    **IT IS HEREBY FURTHER ORDERED** that the judgment entered on February 8, 2010 is

12  hereby amended so that the total amount now due to Plaintiff from Defendants Michael DiCarlo and

13  RelyNet, Inc. is $1,200,998.00.

14    **IT IS HEREBY ORDERED AND ADJUDGED.**

15

16

17  Dated:  April 8, 2010                             /s/ John A. Mendez_____
                                                        JOHN A. MENDEZ
18                                                      Judge of the United States District Court

19

20

21

22

23

24

25

26

27

28

-1-

PDF created with pdfFactory trial version www.pdffactory.com