UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

> **FILED**
> April 9, 2010
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA
> _____
> DEPUTY CLERK

**AMENDED JUDGMENT IN A CIVIL CASE**

DUSTIN K. ADLER

    Plaintiff,

          v.         CASE NUMBER: CIV S-09-0924 GEB DAD

RELYNET, INC. ET AL

    Defendants,

IT IS ORDERED AND ADJUDGED

**THAT AMENDED JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT ORDER 4/9/2010 IN THE AMOUNT OF $1,110,699 AND PRE-JUDGMENT INTEREST IN THE AMOUNT OF $90,299 FOR A TOTAL OF $1,200,998 DUE TO PLAINTIFF DUSTIN K. ADLER AGAINST DEFENDANTS MICHAEL DICARLO AND RELYNET, INC.**

                                              Victoria C. Minor,
                                              Clerk of the Court

ENTERED:   April 9, 2010

                                              by:   /s/NDDuong
                                              NDDuong Deputy Clerk