1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRAND, INC., a Delaware corporation, INTERMEDIA OUTDOORS, INC., a Delaware corporation, VORTEX MEDIA GROUP, INC., a Delaware corporation, and DOES 1 through 50, inclusively,<br><br>    Defendants.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, and DOES 1 through 50, inclusively,<br><br>    Counterclaimants,<br><br>vs.<br><br>DUSTIN K. ADLER, an individual,<br><br>    Counterdefendant. | Case No. 2:08-CV-01333-JAM-EFB<br><br>**ORDER DENYING RELYNET, INC.'S AND MICHAEL DICARLO'S MOTION FOR JUDGMENT AS A MATTER OF LAW (F.R.C.P. 50) AND, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL (F.R.C.P. 59)**<br><br>Date: April 7, 2010<br>Time: 9:30 a.m.<br>Courtroom: 6<br><br>Honorable John A. Mendez |



PROPOSED ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

Defendants' RelyNet, Inc.'s and Michael DiCarlo's motion for judgment as a matter of law (F.R.C.P. 50(b)) and, in the alternative, motion for new trial (F.R.C.P. 59) came on for hearing on April 7, 2010 on this Court's 9:30 calendar. The Court has considered the evidence admitted at trial, and the jury verdict rendered. It has also considered the underlying briefs and oral argument of counsel and now rules as follows:

**IT IS HEREBY ORDERED** that Defendants' motion for judgment as a matter of law (F.R.C.P. 50(b)) and, in the alternative, motion for new trial (F.R.C.P. 59) is DENIED.

**IT IS SO ORDERED.**

Dated: April 8, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com