Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
E-mail: mserlin@globelaw.com

Attorneys for Defendant
INTERMEDIA OUTDOORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DUSTIN K. ADLER, an individual, | CASE NO. 2:08-CV-01333-JAM-EFB |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DEBTOR'S EXAMINATION; ORDER THEREON** |
| RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, A VORTEX MEDIA GROUP, INC., a Delaware Corporation and, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Judgment creditor Intermedia Outdoors, Inc. ("Creditor") and judgment debtor Dustin K. Adler ("Debtor") hereby stipulate as follows:

R E C I T A L S

A.   Creditor obtained a judgment in this Court against the Debtor. Creditor obtained a debtor's examination order directed to the Debtor, returnable on September 22, 2010. In addition to the debtor's examination order, Debtor was served with a subpoena duces tecum ("Subpoena") for production of documents at the debtor's examination, a true and correct copy of which is attached hereto as Exhibit A.

/ / /

B. Debtor has requested that the debtor's examination be continued until October 13, 2010, and Creditor is willing to continue the debtor's examination subject to the provisions of this stipulation.

NOW THEREFORE, Creditor and Debtor hereby agree as follows:

1. The debtor's examination of Debtor now set for September 22, 2010, at 9:30 a.m., in Courtroom 24, shall take place on October 13, 2010, at 9:30 a.m. in Courtroom 24 of the U.S. District Court, Eastern District.

2. The Subpoena remains in full force and effect, and Debtor shall produce all the subpoenaed documents at the continued debtor's examination.

3. Should Dustin K. Adler fail to appear for the continued debtor's examination or produce the subpoenaed documents, Creditor shall be entitled to the immediate issuance of a bench warrant for Dustin K. Adler's arrest for such failure.

4. This stipulation may be signed in counterparts and fax signatures shall be deemed originals for all purposes.

SO STIPULATED.

DATED: September ___, 2010        SERLIN & WHITEFORD, LLP

                                  signature on original
                              By: _____
                                  MARK A. SERLIN, Attorneys for Plaintiff
                                  INTERMEDIA OUTDOORS, INC.

DATED: September ___, 2010        MILLSTONE, PETERSON & WATTS

                                  signature on original
                              By: _____
                                  GLENN PETERSON, Attorneys for
                                  DUSTIN K. ADLER

                                  signature on original
DATED: September ___, 2010        _____
                                  DUSTIN K. ADLER, individually

///

//

/

1 **ORDER**

2 The foregoing Stipulation is in all respects APPROVED.

3 DATED: September 20, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE