UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN K. ADLER, an individual,          ) | Case No. 2:08-CV-01333 JAM-EFB |
|                                          ) | |
|                        Plaintiff,        ) | ORDER GRANTING INTERMEDIA |
|                                          ) | OUTDOORS, INC.'S MOTION FOR |
|         v.                               ) | AN ASSIGNMENT ORDER |
|                                          ) | |
| RELYNET, INC., a California              ) | |
| Corporation, MICHAEL DICARLO, an         ) | |
| individual, INTERNET BRAND,              ) | |
| INC., a Delaware corporation,            ) | |
| INTERMEDIA OUTDOORS, INC., a             ) | |
| Delaware corporation, VORTEX             ) | |
| MEDIA GROUP, INC., a Delaware            ) | |
| corporation, and DOES 1 through          ) | |
| 50, inclusively,                         ) | |
|                                          ) | |
|                        Defendants.       ) | |
| RELYNET, INC., a California              ) | |
| Corporation, MICHAEL DICARLO, an         ) | |
| individual, and DOES 1 through           ) | |
| 50, inclusively,                         ) | |
|                                          ) | |
|                   Counterclaimants,      ) | |
|                                          ) | |
|         v.                               ) | |
|                                          ) | |
| DUSTIN K. ADLER, an individual,          ) | |
|                                          ) | |
|                  Counterdefendant.       ) | |

     This matter is before the Court on Defendant Intermedia

Outdoors, Inc.'s ("Intermedia") Motion for an Assignment Order

(Doc. #327).  Plaintiff Dustin K. Adler ("Adler") does not oppose

1

1  the motion (See Statement of Non-Opposition, Doc. #335).[1]

2  Intermedia also requests judicial notice (Doc. #330) of a number of

3  documents from the court's docket and from Defendant RelyNet,

4  Inc.'s ("RelyNet") Chapter 7 Bankruptcy filing.  The Court has

5  taken judicial notice of these documents as requested.

6      On March 11, 2010 this Court granted Intermedia's motion for

7  attorneys' fees and costs, in the amount of $154,146.49, against

8  Adler.  Adler has not paid any part of the fee award to date.

9  Including all post judgment interests and costs, Intermedia is

10  currently owed a total of $154,385.84.  Adler is awaiting payment

11  of a judgment of approximately $1,200,998.00 ("the Judgment") from

12  Defendants RelyNet and Michael DiCarlo.  RelyNet filed for Chapter

13  7 Bankruptcy, and Adler has filed a proof of claim with the

14  Bankruptcy Court.  The Proof of Claim indicates that Adler is owed

15  a total payment in the amount of $1,611,499.94 from RelyNet,

16  including the Judgment, attorneys' fees, costs and interest.

17      Pursuant to Federal Rules of Civil Procedure 69, post-judgment

18  enforcement proceedings in this court must comply with California

19  law.  Credit Suisse v. U.S. Dist. Court for Cent. Dist. Of

20  California, 130 F.3d 1342, 1344 (9th Cir. 1997).  California Code

21  of Civil Procedure § 708.510 provides that an assignment order may

22  be obtained by a creditor to obtain all or part of a right to

23  payment due, or to become due, whether or not such right is

24  conditioned upon future developments.  Assignable payment rights

25  include judgments.  C.C.P. § 708.510; Comment to C.C.P. § 708.510.

26      Intermedia seeks an assignment order in the amount of

[1] This matter was determined to be suitable for decision without oral argument. E.D. Cal. L. R. 230(g). The matter was originally set for hearing on August 3, 2011.

2

1   $154,385.84.  This amount reflects the currently owed principal of

2   $154,146.49, plus post judgment interest and costs.  Under Fed. R.

3   Civ. P. 69 and C.C.P. § 708.510, the amount may properly be

4   assigned to Intermedia, from the Judgment that is due to Adler.

5

6                               ORDER

7       Intermedia's Motion for an Assignment Order is hereby GRANTED.

8   The amount of $154,385.84 is assigned to Intermedia from the

9   Judgment that is due to Adler.

10      IT IS SO ORDERED.

11  Dated:  August 4, 2011.

12                              JOHN A. MENDEZ,
                                UNITED STATES DISTRICT JUDGE

3